IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. RAMIREZ-ORTIZ, *et al.*, <br><br>**Plaintiffs**, <br><br>v. <br><br> CORPORACION DEL CENTRO CARDIOVASCULAR DE PUERTO RICO Y DEL CARIBE, *et al.*, <br><br>**Defendants**. | **Civil No.** 12-2024 (FAB) |

**FINAL JUDGMENT**

In accordance with the orders at docket numbers 380 (September 17, 2014), 377 (September 9, 2014), 365 (September 2, 2014), 335 (July 23, 2014), 285 (June 17, 2014), 147 (September 5, 2013), 146 (September 5, 2013), 131 (August 13, 2013), 123 (August 6, 2013), 118 (July 26, 2013), this case (all claims of all plaintiffs and former plaintiffs) is **DISMISSED with prejudice** in its entirety.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 18, 2014.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE